# SHAVER & ASH

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AND COUNSELORS
WWW.SHAVERANDASH.COM

---

18601 LBJ FREEWAY, SUITE 520
MESQUITE, TEXAS 75150
Steven R. Shaver

214-295-2901
214-432-6688 FAX
sshaver@shaverlawfirm.com

November 30, 2012

*Via First Class Mail*
Daniel Kent
Waco Police Department/Brent Stroman, Police Chief
Administration Offices
721 North 4th Street, Waco, Texas 76702

> RE:   Civil Case No. 6:12-CV-313; *Green, et al. v. The City of Waco, et al.*

Dear Mr. Kent:

In connection with the above-referenced lawsuit, filed on November 20, 2012, and pursuant to Rule 4, Fed. R. Civ. Proc., I am enclosing the following documents with this letter:

1. A copy of Plaintiffs' Original Complaint; and

2. A Notice of Lawsuit; and

3. 2 copies of a Waiver of Service.

If you will agree to waive service please sign and return a copy of the enclosed Waiver of Service in the provided self-addressed and stamped envelope. If you have any questions feel free to contact me.

Sincerely,

Steven R. Shaver

Enclosures

cc:   *Via First Class Mail*
      United States District Court, Western District, Waco Division
      U.S. District Clerk's Office
      800 Franklin Ave., Room 380
      Waco, Texas 76701

# SHAVER & ASH

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AND COUNSELORS
WWW.SHAVERANDASH.COM

18601 LBJ FREEWAY, SUITE 520
MESQUITE, TEXAS 75150
Steven R. Shaver

214-295-2901
214-432-6688 FAX
sshaver@shaverlawfirm.com

November 30, 2012

*Via First Class Mail*
DJ Adams
Waco Police Department/Brent Stroman, Police Chief
Administration Offices
721 North 4th Street, Waco, Texas 76702

      **RE:**    **Civil Case No. 6:12-CV-313;** *Green, et al. v. The City of Waco, et al.*

Dear Mr. Adams:

In connection with the above-referenced lawsuit, filed on November 20, 2012, and pursuant to Rule 4, Fed. R. Civ. Proc., I am enclosing the following documents with this letter:

      1.  A copy of Plaintiffs' Original Complaint; and

      2.  A Notice of Lawsuit; and

      3.  2 copies of a Waiver of Service.

If you will agree to waive service please sign and return a copy of the enclosed Waiver of Service in the provided self-addressed and stamped envelope. If you have any questions feel free to contact me.

                              Sincerely,

                              Steven R. Shaver

Enclosures

cc:   *Via First Class Mail*
       United States District Court, Western District, Waco Division
       U.S. District Clerk's Office
       800 Franklin Ave., Room 380
       Waco, Texas 76701

# SHAVER & ASH

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AND COUNSELORS
WWW.SHAVERANDASH.COM

---

18601 LBJ FREEWAY, SUITE 520
MESQUITE, TEXAS 75150
Steven R. Shaver

214-295-2901
214-432-6688 FAX
sshaver@shaverlawfirm.com

November 30, 2012

*Via First Class Mail*
Jason Taylor
Waco Police Department/Brent Stroman, Police Chief
Administration Offices
721 North 4th Street, Waco, Texas 76702

      **RE:**    **Civil Case No. 6:12-CV-313;** *Green, et al. v. The City of Waco, et al.*

Dear Mr. Taylor:

In connection with the above-referenced lawsuit, filed on November 20, 2012, and pursuant to Rule 4, Fed. R. Civ. Proc., I am enclosing the following documents with this letter:

      1.  A copy of Plaintiffs' Original Complaint; and

      2.  A Notice of Lawsuit; and

      3.  2 copies of a Waiver of Service.

If you will agree to waive service please sign and return a copy of the enclosed Waiver of Service in the provided self-addressed and stamped envelope. If you have any questions feel free to contact me.

              Sincerely,

              Steven R. Shaver

Enclosures

cc:    *Via First Class Mail*
       United States District Court, Western District, Waco Division
       U.S. District Clerk's Office
       800 Franklin Ave., Room 380
       Waco, Texas 76701

# SHAVER & ASH

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AND COUNSELORS
WWW.SHAVERANDASH.COM

---

18601 LBJ FREEWAY, SUITE 520
MESQUITE, TEXAS 75150
Steven R. Shaver

214-295-2901
214-432-6688 FAX
sshaver@shaverlawfirm.com

November 30, 2012

*Via First Class Mail*
Anita Gomez
Waco Police Department/Brent Stroman, Police Chief
Administration Offices
721 North 4th Street, Waco, Texas 76702

> **RE:    Civil Case No. 6:12-CV-313;** *Green, et al. v. The City of Waco, et al.*

Dear Ms. Gomez:

In connection with the above-referenced lawsuit, filed on November 20, 2012, and pursuant to Rule 4, Fed. R. Civ. Proc., I am enclosing the following documents with this letter:

1. A copy of Plaintiffs' Original Complaint; and

2. A Notice of Lawsuit; and

3. 2 copies of a Waiver of Service.

If you will agree to waive service please sign and return a copy of the enclosed Waiver of Service in the provided self-addressed and stamped envelope. If you have any questions feel free to contact me.

Sincerely,

Steven R. Shaver

Enclosures

cc:    *Via First Class Mail*
       United States District Court, Western District, Waco Division
       U.S. District Clerk's Office
       800 Franklin Ave., Room 380
       Waco, Texas 76701

# SHAVER & ASH

**A PROFESSIONAL LIMITED LIABILITY COMPANY**
**ATTORNEYS AND COUNSELORS**
WWW.SHAVERANDASH.COM

---

18601 LBJ FREEWAY, SUITE 520
MESQUITE, TEXAS 75150
Steven R. Shaver

214-295-2901
214-432-6688 FAX
sshaver@shaverlawfirm.com

November 30, 2012

*Via First Class Mail*
The City of Waco
c/o the Mayor's Office, City of Waco
City Hall, 300 Austin Avenue
Waco, Texas 76702

> **RE:** **Civil Case No. 6:12-CV-313;** *Green, et al. v. The City of Waco, et al.*

Dear Mayor Duncan:

In connection with the above-referenced matter, filed on November 20, 2012, and pursuant to Rule 4, Fed. R. Civ. Proc., I am enclosing the following documents with this letter:

1. A copy of Plaintiffs' Original Complaint; and

2. A Notice of Lawsuit; and

3. 2 copies of a Waiver of Service.

If you will agree to waive service please sign and return a copy of the enclosed Waiver of Service in the provided self-addressed and stamped envelope. If you have any questions feel free to contact me.

Sincerely,

Steven R. Shaver

Enclosures

cc:   *Via First Class Mail*
      United States District Court, Western District, Waco Division
      U.S. District Clerk's Office
      800 Franklin Ave., Room 380
      Waco, Texas 76701